**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1812**

_____

DORA L. ADKINS,

               Plaintiff - Appellant,

     v.

SHELL USA VIRGINIA, INC.,

               Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:25-cv-01112-RDA-WBP)

_____

Submitted:  August 28, 2025                                    Decided:  September 3, 2025

_____

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dora L. Adkins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order denying her motions for leave to file a proposed emergency complaint and to expedite.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Adkins v. Shell USA Va., Inc.*, No. 1:25-cv-01112-RDA-WBP (E.D. Va. July 9, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2